# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL NARLOCK,**
                **Plaintiff,**

**-vs-**                                                          Case No.  6:07-cv-524-Orl-31KRS

**COMMISSIONER OF SOCIAL SECURITY,**
                **Defendant.**
_____

## ORDER

This cause comes before the Court on Complaint (Doc. No. 1) filed March 26, 2007, seeking review of the final decision of the Commissioner of Social Security denying his claim for social security benefits.

On July 21, 2008, the United States Magistrate Judge issued a report (Doc. No. 11) recommending that the decision of the Commissioner be reversed and that the case be remanded pursuant to sentence six of  42 U.S.C. § 405(g). No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to enter Judgment on behalf of Plaintiff Daniel Narlock and close the file.

. **DONE** and **ORDERED** in Chambers, Orlando, Florida on 8th day of August, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

*GREGORY A. PRESNELL*
UNITED STATES DISTRICT JUDGE