# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL NARLOCK,**

        **Plaintiff,**

**-vs-**                                                                                          **Case No.  6:07-cv-524-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Unopposed Motion for Award of Attorney Fees (Doc. No. 19) filed December 4, 2008.

On December 5, 2008, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    That the Unopposed Motion for Award of Attorney Fees is GRANTED.  Defendant is ordered to pay Plaintiff's attorney $5,094.73 in fees and $364.64 in costs, for a total of $5,459.37.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 22nd day of December, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE